IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


GERRY RANSOM,
D.O.C. # B-114511,

      Plaintiff,

v.                                                              4:21cv369–WS/MAF

U.S. DISTRICT COURT, MIDDLE
DIVISION OF FLORIDA, et al.,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed October 20, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without

prejudice for failure to prosecute and to comply with a court order.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this ___1st___ day of ___December___, 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE